**HUMPHREY & PETERSEN, P.C.**
6063 E. GRANT ROAD
TUCSON, ARIZONA  85712
TELEPHONE: 520-795-1900

#8007-85

Andrew J. Petersen, State Bar No. 016699
APetersen@humphreyandpetersen.com
Attorney for Defendants City of Tombstone, Jim Adams, Marshall Sharp, Rebecca Larsen McKeown, and Jeff Garcia

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

|  |  |
|---|---|
| John Coby II, an individual, | ) |
| | ) |
| Plaintiff, | ) Case No.: 4:25-cv-00226-JGZ |
| | ) |
| vs. | ) |
| | ) |
| The City of Tombstone, a municipality, Tombstone Marshal's Office, Marshal Jim Adams in his official capacity, and in his individual capacity, acting under color of law, Constance Baker, Acting under color of law, Marshall Sharp, acting under color of law, Rebecca Larsen McKeown, acting under color of law,  Jeff Garcia, acting under color of law,  Alicia Via, an individual, KnightWatch K9 LLC, an Arizona limited liability company, All Phase K9 Tactical, a trade name for Consuella Via, Consuella Via, an individual, Got Your Six K9 Rescue, Inc., a Arizona Corporation, | ) **NOTICE OF SERVICE OF** ) **DEFENDANTS CITY OF** ) **TOMBSTONE, JIM ADAMS,** ) **MARSHALL SHARP, REBECCA** ) **LARSEN MCKEOWN, AND JEFF** ) **GARCIA'S SEVENTH** ) **SUPPLEMENTAL DISCLOSURE** ) **STATEMENT** ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendant. | ) (Hon. Jennifer G. Zipps) ) |

1

Defendants City of Tombstone, Jim Adams, Marshall Sharp, Rebecca Larsen McKeown, and Jeff Garcia hereby give Notice of Service of their Seventh Supplemental Disclosure Statement dated June 8, 2026, via e-mail on this day upon:

Kimberly A. Eckert
Law Offices of Kimberly A. Eckert
1050 East Southern Avenue Suite H3
Tempe, Arizona 85282
Attorney for Plaintiff
keckert@arizlaw.biz

Kimberly Sayre
Resnick & Louis, P.C.
8111 E. Indian Bend Road
Scottsdale, Arizona 85250
Attorney for Defendants Constance Baker & Knightwatch K9, LLC
ksayre@rlattorneys.com

Derek J. Warner
Resnick & Louis, P.C.
8111 E. Indian Bend Road
Scottsdale, Arizona 85250
Attorney for All Phase K9 Tactical, Got Your Six K9 Rescue, Inc.,
Alicia Via & Consuella Via
dwarner@rlattorneys.com

Elan S. Mizrahi, Esq.
Larry J. Crown, Esq.
Brueckner Spitler Shelts PLC
8355 East Hartford Drive,
Suite 200 Scottsdale, Arizona 85255
elan@bss.law
lcrown@bss.law
Attorneys for Defendant Constance Baker for her individual capacity only

2

DATED this 18th day of May, 2026.

HUMPHREY & PETERSEN, P.C.

*/s/ Andrew Petersen*
Andrew J. Petersen
Attorney for Defendants City of Tombstone,
Jim Adams, Marshall Sharp,
Rebecca Larsen McKeown, and Jeff Garcia

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2026, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kimberly A. Eckert
Law Offices of Kimberly A. Eckert
1050 East Southern Avenue Suite H3
Tempe, Arizona 85282
*Attorney for Plaintiff*
keckert@arizlaw.biz

Kimberly Sayre
Resnick & Louis, P.C.
8111 E. Indian Bend Road
Scottsdale, Arizona 85250
*Attorney for Defendants Constance Baker & Knightwatch K9, LLC*
ksayre@rlattorneys.com

Derek J. Warner
Resnick & Louis, P.C.
8111 E. Indian Bend Road
Scottsdale, Arizona 85250
*Attorney for All Phase K9 Tactical, Got Your Six K9 Rescue, Inc.,
Alicia Via & Consuella Via*
dwarner@rlattorneys.com

Elan S. Mizrahi, Esq.
Larry J. Crown, Esq.
Brueckner Spitler Shelts PLC
8355 East Hartford Drive,
Suite 200 Scottsdale, Arizona 85255
*Attorneys for Defendant Constance Baker for her individual capacity only*
elan@bss.law
lcrown@bss.law


*/s/ Anna McCollum*

H:\MHFILES\8007-85\NOSSDSSeven.docx