# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Coby, II,<br><br>            Plaintiff,<br><br>v.<br><br>City of Tombstone, et al.,<br><br>            Defendants. | No. CV-25-00226-TUC-JGZ<br><br>**ORDER** |

Having considered the parties' Stipulation to Amend Scheduling Order (Doc. 74), and good cause appearing,

**IT IS ORDERED** that the parties' Stipulation (Doc. 74) is **granted**. The deadline to complete discovery is extended to **July 31, 2026** for the limited purpose of taking the deposition of Defendant Rebecca Larsen McKeown.

Dated this 5th day of June, 2026.

_____
Jennifer G. Zipps
Chief United States District Judge