**LAW OFFICES OF KIMBERLY A. ECKERT**
1050 East Southern Avenue Suite H3
Tempe, Arizona  85282
(480) 456-4497 Fax (866) 583-6073
Kimberly A. Eckert – 015040
keckert@arizlaw.biz
**Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| John Coby II, an individual,<br><br>         Plaintiff,<br><br>v.<br><br>City of Tombstone, et al,<br><br>         Defendants. | Case No.  4:25-cv-00226-JGZ<br><br>**SECOND AMENDED NOTICE OF DEPOSITION** |

TO:   REBECCA LARSEN MCKEOWN

        NOTICE is hereby given that Plaintiff pursuant to Rule 30 of the Arizona Rules of Civil Procedure, will take the deposition under oath, upon oral examination, of Defendant Baker, at the time and place stated below, before an officer authorized to administer oaths and audio or video recorded:

DEPONENT:          REBECCA LARSEN MCKEOWN

DATE:                   Wednesday, July 29, 2026

TIME:                   9:00 a.m.

PLACE:                 Humphrey & Petersen, P.C.

1

6063 East Grant Road
Tucson, AZ 85712

METHOD:                Court reporter

VIA ZOOM

**IF DEPONENT REQUIRES AN INTERPRETER, PLEASE ADVISE WITHIN SEVEN DAYS OF THIS NOTICE

DATED this 22nd day of June, 2026.

By:_/s/ Kimberly A. Eckert
Law Offices of Kimberly A. Eckert
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2026, I efiled this Notice via ECF and served it via ECF on the following parties:

Andrew Petersen
Humphrey and Petersen PC
6063 E Grant Road
Tucson, AZ 85712
apetersen@humphreyandpetersen.com

Kimberly Sayre
RESNICK & LOUIS, P.C.
15300 N. 90th Street, Suite 400
Scottsdale, AZ 85260
ksayre@rlattorneys.com
Attorneys for Defendants Constance Baker and Knightwatch K9, LLC

Derek Warner
RESNICK & LOUIS, P.C.
15300 N. 90th Street, Suite 400
Scottsdale, AZ 85260
dwarner@rlattorneys.com
Attorneys for Got Your Six K9 Rescue, Inc., All Phase K9 Tactical,
Consuela Via, and Alicia Via


Elan S. Mizrahi
Larry J. Crown
BRUECKNER SPITLER SHELTS PLC
8355 East Hartford Drive, Suite 200
Scottsdale, Arizona 85255
Phone: 480.483.9600
elan@bss.law
Attorney for Defendant
Constance Baker for her individual capacity only


By: /s/ Kimberly A. Eckert