**LAW OFFICES OF KIMBERLY A. ECKERT**
1050 East Southern Avenue Suite H3
Tempe, Arizona 85282
(480) 456-4497 Fax (866) 583-6073
Kimberly A. Eckert – 015040
keckert@arizlaw.biz
**Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| John Coby II, an individual, | Case No.  4:25-cv-00226-JGZ |
| Plaintiff, | **PLAINTIFF'S NOTICE OF SERVICE OF DISCOVERY** |
| v. | |
| City of Tombstone, et al, | |
| Defendants. | |

Plaintiff John Coby II, by and through undersigned counsel, hereby states that he has served a Sixth Disclosure Statement on Defendants this date.

DATED this 22nd day of June, 2026.

By: /s/ Kimberly A. Eckert
Law Offices of Kimberly A. Eckert
Attorney for Plaintiff

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2026, I efiled this notice via ECF and eserved via ECF this Notice on the following parties:

Andrew Petersen
Humphrey and Petersen PC
6063 E Grant Road
Tucson, AZ 85712
apetersen@humphreyandpetersen.com

Kimberly Sayre
RESNICK & LOUIS, P.C.
15300 N. 90th Street, Suite 400
Scottsdale, AZ 85260
ksayre@rlattorneys.com
Attorneys for Defendants
Constance Baker and Knightwatch K9, LLC

Derek Warner
RESNICK & LOUIS, P.C.
15300 N. 90th Street, Suite 400
Scottsdale, AZ 85260
dwarner@rlattorneys.com
Attorneys for Got Your Six K9 Rescue, Inc., All Phase K9 Tactical,
Consuela Via, and Alicia Via

Elan S. Mizrahi
Larry J. Crown
Brueckner Spitler Shelts PC
8355 E Hartford Dive
Ste 200
Scottsdale, AZ 85255
Attorneys for Constances Baker

By: /s/ Kimberly A. Eckert

2