**LAW OFFICES OF KIMBERLY A. ECKERT**
1050 East Southern Avenue Suite H3
Tempe, Arizona  85282
(480) 456-4497 Fax (866) 583-6073
Kimberly A. Eckert – 015040
keckert@arizlaw.biz
**Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| John Coby II, an individual, | Case No.  4:25-cv-00226-JGZ |
| Plaintiff, | **JOINT SETTLEMENT STATUS REPORT** |
| v. | |
| City of Tombstone, et al, | |
| Defendants. | |

The parties, by and through undersigned counsel, hereby provide a status to the Court on settlement status. The parties advise the Court that they have not engaged in meaningful settlement negotiations.

DATED this 17th day of July, 2026.

By: /s/ Kimberly A. Eckert
Law Offices of Kimberly A. Eckert
Attorney for Plaintiff

By: /s/ Andrew Petersen
Humphrey and Petersen PC
Attorneys for City of Tombstone Defendants

1

By: /s/ Kimberly Sayre
RESNICK & LOUIS, P.C.
Attorneys for Defendants
Constance Baker and Knightwatch K9

By: /s/ Deerk Warner
RESNICK & LOUIS, P.C.
Attorneys for Got Your Six K9
Rescue, Inc., All Phase K9 Tactical,
Consuela Via, and Alicia Via

By: /s/ Elan S. Mizrahi
Brueckner Spitler Shelts PC
Attorneys for Defendant
Constance Baker

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2026, I efiled this Report via ECF and

eserved via ECF this Notice on the following parties:

Andrew Petersen
Humphrey and Petersen PC
6063 E Grant Road
Tucson, AZ 85712
apetersen@humphreyandpetersen.com
Attorneys for City of Tombstone Defendants

Kimberly Sayre
RESNICK & LOUIS, P.C.
15300 N. 90th Street, Suite 400
Scottsdale, AZ 85260
ksayre@rlattorneys.com
Attorneys for Defendants
Constance Baker and Knightwatch K9, LLC

2

Derek Warner
RESNICK & LOUIS, P.C.
15300 N. 90th Street, Suite 400
Scottsdale, AZ 85260
dwarner@rlattorneys.com
Attorneys for Got Your Six K9 Rescue, Inc., All Phase K9 Tactical,
Consuela Via, and Alicia Via

Elan S. Mizrahi
Larry J. Crown
Brueckner Spitler Shelts PC
8355 E Hartford Dive
Ste 200
Scottsdale, AZ 85255
Attorneys for Constance Baker

By: /s/ Kimberly A. Eckert