**LAW OFFICES OF KIMBERLY A. ECKERT**
1050 East Southern Avenue Suite H3
Tempe, Arizona 85282
(480) 456-4497 Fax (866) 583-6073
Kimberly A. Eckert – 015040
keckert@arizlaw.biz
**Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| John Coby II, an individual, | Case No. 2:25-cv-25-00226 |
| Plaintiff, | **Joint Notice Regarding Motions for Summary Judgment** |
| v. | |
| City of Tombstone, et al, | |
| Defendants. | |

Plaintiff and undersigned Defendants met and conferred through counsel and hereby state that they intend to file cross-motions for summary judgment as to some the parties. As such, the parties hereby state:

a. The parties are in disagreement as to whether their cross-motions can be adequately briefed in 4 briefs as opposed to 6, with one statement of facts and one controverting statement of facts. Plaintiff believes they should be done in 4 briefs which will only involve Defendants Baker and Knightwatch and Defendants Via and

1

related entities.  Defendants believe the standard summary judgment process should be followed.*

DATED this 17th day of July, 2026.

By:_/s/ Kimberly A. Eckert
Law Offices of Kimberly A. Eckert
Attorney for Plaintiff

By:_/s/ Andrew Petersen
Humphrey and Petersen PC
Attorneys for City of Tombstone Defendants

By:_/s/ Kimberly Sayre
RESNICK & LOUIS, P.C.
Attorneys for Defendants
Constance Baker and Knightwatch K9

By:_/s/ Derek Warner
RESNICK & LOUIS, P.C.
Attorneys for Got Your Six K9
Rescue, Inc., All Phase K9 Tactical,
Consuela Via, and Alicia Via

* counsel for Defendant Constance Baker, Mr. Mizrahi did not approve the filing but is believed to agree with the other defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2026, I efiled this Notice via ECF and eserved via ECF this Notice on the following parties:

Andrew Petersen

2

Humphrey and Petersen PC
6063 E Grant Road
Tucson, AZ 85712
apetersen@humphreyandpetersen.com
Attorneys for City of Tombstone Defendants

Kimberly Sayre
RESNICK & LOUIS, P.C.
15300 N. 90th Street, Suite 400
Scottsdale, AZ 85260
ksayre@rlattorneys.com
Attorneys for Defendants
Constance Baker and Knightwatch K9, LLC

Derek Warner
RESNICK & LOUIS, P.C.
15300 N. 90th Street, Suite 400
Scottsdale, AZ 85260
dwarner@rlattorneys.com
Attorneys for Got Your Six K9 Rescue, Inc., All Phase K9 Tactical,
Consuela Via, and Alicia Via

Elan S. Mizrahi
Larry J. Crown
Brueckner Spitler Shelts PC
8355 E Hartford Dive
Ste 200
Scottsdale, AZ 85255
Attorneys for Constance Baker

By: /s/ Kimberly A. Eckert

3